UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                               24 Cr. 554-01 (LGS)

          -against-

                                               SCHEDULING ORDER

   ANGEL CHAVEZ,
                       Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall appear for a bail appeal hearing on **December 17, 2024, at 2:15 p.m.** in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.  It is further

      **ORDERED** that by **noon on December 16, 2024**, the parties shall each file a letter stating their respective positions on Defendant's release pending trial and include a copy of the transcript from the August 23, 2024, bail hearing.

Dated:  December 13, 2024
          New York, New York

                                                           **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**