UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                   -against-

    ANGEL CHAVEZ,
                            Defendant.
------------------------------------------------------------X

24 Cr. 554-1 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the order dated September 30, 2024, scheduled a status conference to address any motions filed by Defendant on January 21, 2025 at 10:30 A.M.

    WHEREAS, the order dated January 14, 2025, extended the deadline for Defendants to file any motions to March 3, 2025. It is hereby

    **ORDERED** that the January 21, 2025, conference is **ADJOURNED** to **April 29, 2025, at 10:30 A.M**.

Dated: January 16, 2025
       New York, New York

                                                 LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE