UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                  -against-

    ANGEL CHAVEZ,
                                       Defendant.
------------------------------------------------------------X

24 Cr. 554-01 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Angel Chavez's sentencing hearing will be held on **July 21, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **June 30, 2025**. The Government's pre-sentencing submission, if any, shall be filed by **July 3, 2025.**

Dated: April 14, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**