UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    ANGEL CHAVEZ,
                                Defendant.
------------------------------------------------------------ X

24 Cr. 554-01 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for September 23, 2025, is adjourned to **October 28, 2025, at 11:00 a.m.**

Dated: September 18, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**