UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                  -against-

   ANGEL CHAVEZ,
                           Defendant.
------------------------------------------------------------ X

24 Cr. 554-01 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for October 28, 2025, is rescheduled to **October 27, 2025, at 11:00 a.m.**

Dated: October 20, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE